UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SREAM INC,

        Plaintiff,

– against –

SHISHA INTERNATIONAL INC, et al.,

        Defendants.

**ORDER**

15 Civ. 5991 (ER)

RAMOS, D.J.:

    On July 30, 2015, Sream Inc. brought suit against Shisha International Inc., The Gift Shop Corp, Blue Nile Ltd., and Does 1-10 (collectively, "Defendants") for trademark infringement and counterfeiting. Doc. 1. On September 9, 2015, the Clerk issued a certificate of default judgment against defendants The Gift Shop and Does 1-10. Doc. 16. However, on October 5, 2015, the Court granted The Gift Shop Corp., by Mohammad Shoaib, a *pro se* litigant, a third extension of time to respond to the complaint. Doc. 25. The Court specified that "no further request for an extension of time to answer will be granted." *Id.* Since then, none of the Defendants have responded to the complaint, and Plaintiff has not moved for default judgment.

    Accordingly, Plaintiff is directed to provide the Court with a status update by **October 22, 2020**. Failure to comply with the Court's order could result in sanctions, up to and including dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   October 8, 2020
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.